UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lawrence Morelock,<br><br>                    Plaintiff,<br><br>     v.<br><br>Charmaine Yap,<br><br>                    Defendant. | Case No. 2:22-cv-01936-RFB-BNW<br><br>**ORDER** |

Plaintiff submitted initiating documents to this Court on November 16, 2022. ECF No. 1. Based on the documents Plaintiff filed, it appears he was trying to file an appeal in the Ninth Circuit. *See id.* To the extent Plaintiff would like to file an appeal in the Ninth Circuit, he must comply with the Ninth Circuit's rules.

To the extent Plaintiff wishes to proceed in the District Court for the District of Nevada, Plaintiff must submit proper initiating documents to this Court. Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. *See id.* If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, he must do so.

Plaintiff also did not file a complaint. *See* ECF No. 1. For this case to proceed in this Court, Plaintiff must submit a complaint.

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that by December 19, 2022, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $402 fee for a civil action, which includes the $350 filing fee and the

$52 administrative fee. Plaintiff is advised that a failure to comply with this order will result in a recommendation that this case be dismissed.

      IT IS FURTHER ORDERED that Plaintiff must file a complaint by December 19, 2022. Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

DATED: November 18, 2022

                                               Brenda Weksler
                                               United States Magistrate Judge