Travis N. Barrick, SBN 9257
GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com
Pro Bono Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lawrence Morelock, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Charmaine Yap, *et al.*<br><br>Defendants. | Case No.:  2:22-cv-1936-RFB-BNW<br><br>**MOTION TO CONTINUE STATUS CONFERENCE** |

     Plaintiff Lawrence Morelock, through his attorney of record, hereby submits his Motion to Continue the Status Conference, currently set for 5/16/23 at 10:00 am, per ECF No. 29.

     Given the voluminous pleadings and documents on file in this matter, Mr. Barrick requests at least 30 days to confer with Mr. Morelock and prepare for the Status Conference.

     Proposed dates and times are as follows:

     6/12/23 – either a.m. or p.m.

     6/13/23 – p.m.

     6/15/23 – either a.m. or p.m.

6/21/23 – either a.m. or p.m.

6/29/23 – either a.m. or p.m.

6/30/23 – either a.m. or p.m.

DATED this 9th day of May 2023.

**GALLIAN WELKER & ASSOCIATES, L.C.**

  /s/ Travis N. Barrick
Travis N. Barrick, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **Motion to Continue Status Conference** was made on the 9th day of May 2023, by submission to the electronic filing and service system (CM/ECF) of the United States District Court, District of Nevada, which will provide copies to all parties and counsel of record, including the following:

| | |
|---|---|
| NONE | DATED this 9th day of May 2023.<br>**GALLIAN WELKER & ASSOCIATES, L.C.**<br>  /s/ Travis N. Barrick<br>Travis N. Barrick, SBN 9257 |

### ORDER

IT IS ORDERED that ECF No. 45 is GRANTED.

IT IS FURTHER ORDERED that the status conference is **rescheduled** to June 13, 2023 at 1:00 p.m. in Las Vegas courtroom 3B.

IT IS FURTHER ORDERED that all parties, including Mr. Morelock, must be present for the status conference. If the parties wish to appear remotely, they are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov.

IT IS SO ORDERED
DATED: 3:31 pm, May 12, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**