# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Lawrence Morelock, | Case No. 2:22-cv-01936-RFB-BNW |
| Plaintiff, | |
| v. | **Report & Recommendation** |
| Charmaine Yap, *et al.*, | |
| Defendants. | |

The Court held a status hearing on June 13, 2023 to ascertain whether Plaintiff Lawrence Morelock would be pursuing any claims and amending his complaint. During the hearing, *pro bono* counsel Travis Barrick informed the Court that Mr. Morelock would be "dismissing his claims." ECF No. 51. At this stage, there is no operative complaint, as Mr. Morelock had until June 23, 2023 to file an amended complaint. Given Plaintiff's position in court today, it is clear that he will not be filing an amended complaint. As a result, the Court recommends that this case be dismissed without prejudice.

## NOTICE

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within 14 days of being served with it. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 13, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28