# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAWRENCE MORELOCK,<br><br>Plaintiff,<br><br>v.<br><br>CHARMINE YAP, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01936-RFB-BNW<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 52) of the Honorable Brenda Weksler, United States Magistrate Judge, entered June 13, 2023.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); D. Nev. Civ. R. IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). See also D. Nev. Civ. R. IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by June 27, 2023. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

///

///

///

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 52) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff Lawrence Morelock's remaining claims are dismissed without prejudice. The Clerk of Court is directed to close the case.

**DATED:** February 1, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**